UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MALIBU MEDIA, LLC,
                         Plaintiff,

-v-

SOMCHAI SUKSAWATAMNUAY,
                         Defendant.

18-CV-11884 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

On September 25, 2019, Plaintiff filed its motion for default judgment. (Dkt. No. 26.) However, there is no indication on the docket as to whether the motion for default judgment was served on the defendant. Local Rule 55.2(c) requires that all papers submitted to the court to support a motion for default judgment "be mailed to party against whom a default judgment is sought at the last known residence of such party" and that "[p]roof of such mailing shall be filed with the Court."

Accordingly, Plaintiff shall file the requisite proof of mailing with this Court on or before December 23, 2019.

SO ORDERED.

Dated: December 10, 2019
       New York, New York

_____
J. PAUL OETKEN
United States District Judge